Affirmed and Opinion filed August 21, 2003









Affirmed and Opinion filed August 21, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00269-CR

____________

 

JOEL HERNANDEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 174th District Court

Harris County, Texas

Trial Court Cause No. 861,121

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of
aggravated robbery without an agreed recommendation from the State.  On February 28, the trial court sentenced
appellant to confinement for 30 years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed August 21, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler. 

Do Not Publish C Tex. R.
App. P. 47.2(b).